UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**KENNETH SPRADLEY (#101526)**                                           **CIVIL ACTION**

**VERSUS**

**TODD BARRERE, ET AL.**                                                 **NO. 15-653-BAJ-RLB**

**ORDER**

This matter comes before the Court on the plaintiff's Motion to Reinstate (R. Doc. 9), Motion of Complain (R. Doc. 10), Motion for Leave to Appeal *In Forma Pauperis* (R. Doc. 12) and Motion to Clarify Record (R. Doc. 18).

Pursuant to a Judgment dated December 10, 2015 (R. Doc. 8), the above-captioned proceeding was dismissed for failure of the plaintiff to pay the Court's filing fee as ordered on November 3, 2015. *See* R. Doc. 6. Approximately six days after the entry of judgment, the plaintiff filed his Motion to Reinstate (R. Doc. 9) which, the court later deemed to be a Motion for Relief from Judgment brought pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. The plaintiff asserted therein that he never received the Court's Order of November 3, 2015.

The plaintiff thereafter filed a Motion of Complain (R. Doc. 10) again asserting that he never received the Court's Order of November 3, 2015. On the same date, and within the same document, the plaintiff also filed a Notice of Appeal (R. Doc. 11) and a Motion to Proceed *In Forma Pauperis* on Appeal (R. Doc. 12). A notice of appeal filed after the judgment, but before the District Court disposes of a Rule 60 motion filed no later than 28 days after the judgment is

entered, does not become effective until the order disposing of the Rule 60 motion is entered.[1] As such, this Court retained jurisdiction to grant the plaintiff's Rule 60(b) motion if appropriate and ordered the plaintiff to produce pertinent documentation showing whether the Court's Order of November 3, 2015 was or was not received by the plaintiff. *See* R. Doc. 17.

In the meantime, the plaintiff's appeal was dismissed for failure to pay the filing fee. The plaintiff later paid the $505.00 filing fee and his appeal was reinstated. *See* R. Docs. 14 and 16. The plaintiff then filed his Motion to Clarify Record (R. Doc. 18) and asserts therein that he will not be able to produce the requested documentation as ordered, and that he would like to proceed with his appeal.

The plaintiff's Motion to Clarify Record (R. Doc. 18) will be granted and the Court will clarify the record as follows. As previously mentioned, the Court considered the plaintiff's Motion to Reinstate (R. Doc. 9) as a Motion for Relief from Judgment brought pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. The plaintiff's Motion of Complain (R. Doc. 10) will also be considered as Motion for Relief from Judgment brought pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. As the plaintiff has stated in his Motion to Clarify Record that he will not be able to produce the documentation needed by the Court to rule on his Motions, his Motion to Reinstate (R. Doc. 9) and Motion to Complain (R. Doc. 10) will be denied, and judgment shall be entered accordingly. The record reflects that the plaintiff has paid the Court of Appeals' filing fee of $505.00; therefore his Motion to Proceed *In Forma Pauperis* on Appeal (R. Doc. 12) will be denied as moot. Accordingly,

---

[1] *See Shepherd v. International Paper Co*., 372 F.3d 326, 329 (5th Cir. 2004) (addressing the former time limit under Federal Rule of Appellate Procedure 4(a)(4)(A)(vi) of 10 days, which was subsequently changed, in 2009, to a 28-day limit.)

**IT IS ORDERED** that the plaintiff's Motion to Clarify Record (R. Doc. 18) be and is hereby **GRANTED** and the Court clarifies the record as follows.

**IT IS FURTHER ORDERED** that the plaintiff's Motion to Reinstate (R. Doc. 9) and Motion to Complain (R. Doc. 10), which the Court considers to be Motions for Relief from Judgment brought pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, be and are hereby **DENIED**. Judgment shall be entered accordingly.

**IT IS FURTHER ORDERED** that the plaintiff's Motion to Proceed *In Forma Pauperis* on Appeal (R. Doc. 12) be and is hereby **DENIED AS MOOT**.

Signed in Baton Rouge, Louisiana, on May 2, 2016.

_____

BRIAN A. JACKSON, CHIEF JUDGE

UNITED STATES DISTRICT COURT